**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**


UNITED STATES OF AMERICA,


vs.                                                          CASE NO. 8:04-CR-570-T-17-EAJ


VICTOR LAMONT JOHNSON

_____/

**ORDER**

This cause comes before the Court on the defendant's petition for writ of mandamus (Docket No. 137) and motion and affidavit of insolvency (Docket No. 138).  Writs of mandamus as such have been abolished in federal practice pursuant to Rule 81(b), Federal Rules of Civil Procedure.  However, under the All Writs Statute, 28 U.S.C. § 1651, Federal Courts may issue all writs necessary or appropriate in aid of their respective jurisdictions.  Title 28 U.S.C. § 1651 does not create an independent basis for jurisdiction.  Gurley v. Superior Court of Mecklenburg County, 411 F.2d 586 (4th Cir. 1969); Ortega v. Puncinelli, 444 F.2d 530 (9th Cir. 1971);  Ali v. State Police of Pennsylvania, 378 F. Supp. 888 (E.D. Pa. 1974).


Writs in the nature of mandamus may be issued only in instances where, before the adoption of Rule 81(b), the remedy of mandamus would have been available.   It is well-settled that federal courts do not have jurisdiction to issue writs of mandamus to direct state courts or their judicial officers in the performance of their duties.  Lamar v. 118th Judicial District Court of Texas, 440 F.2d 383 (5th Cir. 1971); Haggard v. State of Tennessee, 421 F.2d 1384 (6th Cir. 1970); Clark v. State of Washington, et al., 366 F.2d 678, 681-82 (9th Cir. 1966); Dunlap v. Corbin, 532 F. Supp. 183, 187 (D. Ariz. 1981), aff'd 673 F.2d 1337 (9th Cir. 1982); Lessard v. State of Wisconsin, 449 F. Supp. 914, 915 (E.D. Wis. 1978).  Analogously, this Court does not have mandamus power to order the defense attorney, Grady Irvin, to produce records.  This moots the second motion for insolvency.   Accordingly, it is.

**ORDERED** that the defendant's petition for writ of mandamus (Docket No. 137) be **denied** and motion and affidavit of insolvency (Docket No. 138) be **denied as moot.**

**DONE AND ORDERED** in Chambers in Tampa, Florida this 22nd day of February, 2008.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies furnished to: All Counsel of Record