**UNITED STATES OF AMERICA**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA,**

v.                                             **CASE NO.  8:04-CR-570-T-17EAJ**

**VICTOR JOHNSON**
                                     /

**REPORT AND RECOMMENDATION**

Before the court is Defendant's Affidavit to Appeal In Forma Pauperis[1] (Dkt. 213), which this court construes as a Motion to Proceed on Appeal In Forma Pauperis.

Defendant filed a Notice of Appeal (Dkt. 210) on January 15, 2014 regarding the denial (Dkt. 207) by the District Judge of his Motion for Miscellaneous Relief filed on December 27, 2013. (Dkt. 205)  In the endorsed order denying the motion, Judge Kovachevich stated "the motion has no point and the court cannot grant it when the relief requested is not clear."

Pursuant to 28 U.S.C. § 1915(a)(1), a court may authorize the commencement of an appeal without prepayment of fees by a person who submits an affidavit demonstrating an inability to pay such fees.  However, "the court shall dismiss [a] case at any time if the court determines that ... the action or appeal ... is frivolous or malicious." 28 U.S.C. § 1915(e)(2)(B)(i).

Accordingly, it is **RECOMMENDED** that:

(1)      Defendant's Affidavit to Appeal In Forma Pauperis (Dkt. 213) be **DENIED**; and

---

[1]  This matter was referred by the District Judge.

(2)    Defendant's appeal be dismissed as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(I).

Dated: March 31, 2014

_____
ELIZABETH A JENKINS
United States Magistrate Judge

## NOTICE TO PARTIES

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen days from the date of its service shall bar an aggrieved party from attacking the factual findings on appeal.  28 U.S.C. § 636(b)(1).